UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
  VENUS YVETTE R.,

                                            Plaintiff,                         25 **CIVIL** 282 (GRJ)

            -v-                                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                                            Defendant.
------------------------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated November 4, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is GRANTED, and this case is remanded for further administrative proceedings consistent with the Decision and Order. Final judgment is entered in favor of the Plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York

      November 4, 2025

                                                              **TAMMI M. HELLWIG**
                                                              _____
                                                                  **Clerk of Court**

                                                                            K. Mango
                                                    **BY:**
                                                                _____
                                                                    **Deputy Clerk**